

# United States District Court
# Eastern District of California

| Southern Tire Mart, LLC |
|---|

Plaintiff(s)

Case Number: | 2:25-cv-03150-TLN-CKD |
|---|

V.

| Run Roadlines, Inc. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mitchell Madden _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Southern Tire Mart, LLC

On _____09/05/1986_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____02/02/2026_____    Signature of Applicant: /s/ _____Mitchell Madden_____

**Pro Hac Vice Attorney**

Applicant's Name: Mitchell Madden

Law Firm Name: Holmgren Johnson: Mitchell Madden, LLP

Address: 12801 N. Central Expressway, Suite 140

City: Dallas    State: TX    Zip: 75243

Phone Number w/Area Code: (972) 484-7780

City and State of Residence: Dallas, Texas

Primary E-mail Address: mmadden@thelomm.com

Secondary E-mail Address: skinney@thelomm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dennis Holmgren

Law Firm Name: Holmgren Johnson: Mitchell Madden, LLP

Address: 12801 N. Central Expressway, Suite 140

City: Dallas    State: TX    Zip: 75243

Phone Number w/Area Code: (972) 484-7780    Bar # 250879

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 2, 2026

_____
JUDGE, U.S. DISTRICT COURT